UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEVATION POINT 2 INC. dba ELEVATION HEALTH PARTNERS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>STELLA GUKASYAN, an individual; MARC NELLES, an individual,<br><br>Defendants. | Case No.:  21-cv-281-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that the Joint Motion to Dismiss Action is granted. (ECF No. 29). This action is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees. The Clerk of the Court shall close the case.

Dated:  May 10, 2022

Hon. William Q. Hayes
United States District Court